Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

[USMS Screened stamp]

Plaintiff(s): William Hussey & Renee Gallagher

(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Defendant(s): Glover property management Et. Al (see Attached)

(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. _____
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  [X] Yes  [ ] No

## COMPLAINT FOR A CIVIL CASE

I. The Parties to This Complaint

   A. The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: William Hussey & Renee Gallagher
   Street Address: 285 Washington St
   City and County: Marblehead, Essex County
   State and Zip Code: Massachusetts 01945
   Telephone Number: 339 212 2443
   E-mail Address: Billyhusseyjr at Gmail.com

   B. The Defendant(s)

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

Defendant No. 1
Name: Edward T Moore
Job or Title (if known): Glover property management Owner/Trustee
Street Address: 8 Doaks lane
City and County: Marblehead Essex County
State and Zip Code: Massachusetts 01945
Telephone Number:
E-mail Address (if known):

Defendant No. 2
Name: Emely Foster
Job or Title (if known): Manager
Street Address: 8 Doaks lane
City and County: Marblehead Essex County
State and Zip Code: Massachusetts 01945
Telephone Number:
E-mail Address (if known):

Defendant No. 3
Name: Christopher Latham BBO# 654133
Job or Title (if known): Attorney for Glover property management
Street Address: 643 main St
City and County: Reading Essex County
State and Zip Code: Massachusetts 01867
Telephone Number: (781) 942-4460
E-mail Address (if known): Chrislatham at lathamesq.com

Defendant No. 4
Name: Pentucket Bank
Job or Title (if known): The Mortgagee
Street Address: One Merrimack street
City and County: Haverhill Essex county
State and Zip Code: Massachusetts 01831
Telephone Number:
E-mail Address (if known):

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question    [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. Discrimination Mass. Gen. Laws c. 151B Federal Fair Housing act; Americans with disabilities act and Section 504 of the Rehabilitation

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

b. If the defendant is a corporation

The defendant, (name) Glover property management Et,Al, is incorporated under the laws of the State of (name) Massachusetts, and has its principal place of business in the State of (name) Massachusetts.

Or is incorporated under the laws of (foreign nation) _____,

and has its principal place of business in (name) _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy $135,000.00 One hundred and thirty five thousand

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because (explain): The defendant have put us through a lot by Discrimination against us by Retaliating after counter claim and Refuses to take Rate Payment not once but twice even after Court order to pay use & occupance there I [crossed out] had not been honest and forced other tenants against use I have a full report ill submit in a few day I need to get it in order

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

After the leaser Contacted defendant Emely foster telling her what had happened at housing Court defendant Emely foster Glover Property management served a notice to Quit after talking with Emely foster she said she has Appartments in lynn she will rent to us then when we Answerd there Summons and Complant there lawyer Called and Said they Changed there mind they Just want you out we have put up with so much from the person we sublet from to him getting Glover Property to help him its been 7 months of hell, we can live

## IV. Relief Confrotable not knowing whats next

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. We are victoms of Sarcomstance what we have been through in the past 9 months there is not a price tag on our sanity Renee Gallagher is legaly blind on top of it we Know have eviction on our names never in our lives have we delt with such. we are asking for Glover property to withdraw the Eviction Complaint Give us till febury and accept the Eart for Payment [crossed out] put us on a tempory lease till febury 1st and fifty thousand dollars due to the mental anquish that they have put use

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 11-17-2023 WH / 11-18-2023

Signature of Plaintiff: [signature]
Printed Name of Plaintiff: William Hussey / Renee Gallagher

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____